appellants. A. A. Dawson, State's Atty., of Austin, for the State.

MARTIN, J. The legal question in this case is identical with that of R. M. Reeves et al. v. State of Texas (No. 11436) 4 S.W.(2d) 49, decided March 21, 1928. For the reasons pointed out in the opinion in said cause No. 11436, this court is without jurisdiction, and the appeal is dismissed.

PER CURIAM. The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

---

**1**

R. M. REEVES et al. v. STATE. (No. 11438.) Court of Criminal Appeals of Texas. April 11, 1928. Commissioners' Decision. Appeal from Criminal District Court No. 2, Dallas County; C. A. Pippen, Judge. J. D. Kugle, W. B. Harrell, and Barry Miller, all of Dallas, for appellants. A. A. Dawson, State's Atty., of Austin, for the State.

MARTIN, J. The legal question in this case is identical with that of R. M. Reeves et al. v. State of Texas (No. 11436) 4 S.W.(2d) 49, decided March 21, 1928. For the reasons pointed out in the opinion in said cause No. 11436, this court is without jurisdiction, and the appeal is dismissed.

PER CURIAM. The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the Court.

---

**2**

W. P. REEVES et al. v. STATE. (No. 11439.) Court of Criminal Appeals of Texas. April·11, 1928. Commissioners' Decision. Appeal from Criminal District Court No. 2, Dallas County; C. A. Pippen, Judge. J. D. Kugle, W. B. Harrell, and Barry Miller, all of Dallas, for appellants. A. A. Dawson, State's Atty., of Austin, for the State.

MARTIN, J. The legal question in this case is identical with that of R. M. Reeves et al. v. State of Texas (No. 11436) 4 S.W.(2d) 49, decided March 21, 1928. For the reasons pointed out in the opinion in said cause No. 11436, this court is without jurisdiction, and the appeal is dismissed.

PER CURIAM. The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

---

**3**

W. P. REEVES et al. v. STATE. (No. 11440.) Court of Criminal Appeals of Texas. April 11, 1928. Commissioners' Decision. Appeal from Criminal District Court No. 2 Dallas County; C. A. Pippen, Judge. J. D. Kugle, W. B. Harrell, and Barry Miller, all of Dallas, for

---

appellants. A. A. Dawson, State's Atty., of Austin, for the State.

MARTIN, J. The legal question in this·case is identical with that of R. M. Reeves et al. v. State of Texas (No. 11436) 4 S.W.(2d) 49, decided March 21, 1928. For the reasons pointed out in the opinion in said cause No. 11436, this court is without jurisdiction, and the appeal is dismissed.

PER CURIAM. The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

---

**4**

R. M. REEVES et al. v. STATE. (No. 11680.) Court of Criminal Appeals of Texas. April 11, 1928. Commissioners' Decision. Appeal from Criminal District Court No. 2, Dallas County; C. A. Pippen, Judge. J. D. Kugle, W. B. Harrell, and Barry Miller, all of Dallas, for appellants. A. A. Dawson, State's Atty., of Austin, for the State.

MARTIN, J. The legal question in this case is identical with that of R. M. Reeves et al. v. State of Texas (No. 11679) 4 S.W.(2d) 50, decided March 21, 1928. For the reasons pointed out in the opinion in said cause No. 11679, the judgment of the trial court is reversed, and the cause remanded.

PER CURIAM. The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

---

**5**

R. M. REEVES et al. v. STATE. (No. 11681.) Court of Criminal Appeals of Texas. April 11, 1928. Commissioners' Decision. Appeal from Criminal District Court No. 2, Dallas County; C. A. Pippen, Judge. J. D. Kugle, W. B. Harrell, and Barry Miller, all of Dallas, for appellants. A. A. Dawson, State's Atty., of Austin, for the State.

MARTIN, J. The legal question in this case is identical with that of R. M. Reeves et al. v. State of Texas (No. 11679) 4 S.W.(2d) 50, decided March 21, 1928. For the reasons pointed out in the opinion in said cause No. 11679, the judgment of the trial court is reversed, and the cause remanded.

PER CURIAM. The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

---

**6**

W. P. REEVES et al. v. STATE. (No. 11682.) Court of Criminal Appeals of Texas. April 11, 1928. Commissioners' Decision. Appeal from Criminal District Court No. 2, Dallas County; C. A. Pippen, Judge. J. D. Kugle, W. B. Harrell, and Barry Miller, all of Dallas,